*421 DOWNING, J.,
concurs and assigns reasons.
11From the terms of the policy and endorsements themselves, it is evident that Progressive has eliminated any requirement that the policy be cancelled in writing. The original policy contained the following term:
CANCELLATION OF THIS POLICY
1. You may cancel this policy by mailing or delivering to us advance written notice of cancellation or by not paying a premium installment when it becomes due. The cancellation date can be no earlier than 12:01 a.m. on the day after your written request is postmarked. (Underline added.)
The policy endorsement provides as follows, in pertinent part:
CANCELLATION OF THIS POLICY is replaced with the following:
1. You may cancel this Policy by mailing or delivering to us advance notice of cancellation or by not paying a premium installment when it becomes due. The cancellation date can be no earlier than 12:01 on the day after your written request.
The endorsement removed the requirement that advance notice be “written.” Therefore, oral notification of cancellation is acceptable under the terms of the policy itself.
When the words of the contract are clear and explicit and lead to no absurd consequences, no further interpretation may be made by the courts in search of the parties’ intent. La. C.C. art. 2046. Based on the clear and explicit language of the insurance policy and endorsement at issue, I concur in the result.